United States District Court
Southern District of Texas
FILED

SEP 0 5 2017

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-17-1352 |
| GEOVANI HERNANDEZ | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about July 15, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GEOVANI HERNANDEZ**

did knowingly and intentionally attempt to aid and abet possession with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 10 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### Count Two

On or about July 31, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GEOVANI HERNANDEZ**

did knowingly and intentionally attempt to aid and abet possession with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is,

approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY